FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2025-0667
_____

VICTOR MANNING,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.


October 15, 2025

PER CURIAM.

    AFFIRMED.

ROWE, NORDBY, and TANENBAUM, JJ., concur.
_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____

Victor Manning, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.